[No. 27036-6-II. Division Two. May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DEKE KIP DIETRICH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01925-6, James R. Orlando, J., entered February 9, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27096-0-II. Division Two. May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSITA WENONA MILBURN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00262-6, James E. Warme, J., entered February 27, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 27204-1-II. Division Two. May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHY AUSTIN-BOCANEGRA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-1-00480-4, H. John Hall, J., entered April 9, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 27211-3-II. Division Two. May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID J. CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-1-00246-0, David E. Foscue, J., entered April 2, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Armstrong, JJ.